UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA GARCIA,

          Plaintiff,

                                                Case No.: 1:13-cv-501

v.

                                                HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate
Judge Phillip J. Green in this action (ECF No. 17).  The Report and Recommendation was duly
served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the
Court.

THEREFORE, IT IS ORDERED that the decision of the Commissioner is **AFFIRMED**.

Dated:  February 27, 2015               /s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      Chief United States District Judge