UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA GARCIA,

    Plaintiff,

v.

                              Case No. 1:13-cv-501

COMMISSIONER OF
SOCIAL SECURITY,                HONORABLE PAUL L. MALONEY

    Defendant,
_____/

## JUDGMENT

    Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  February 27, 2015                      /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District